

FILED

06/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0454

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 20-0454

|  |  |  |
|---|---|---|
| STATE OF MONTANA, | ) | **ORDER GRANTING** |
|  | ) | **UNOPPOSED MOTION FOR** |
| Plaintiff and Appellee, | ) | **EXTENSION OF TIME** |
|  | ) | **TO FILE APPELLANT'S** |
| v. | ) | **INITIAL BRIEF** |
|  | ) |  |
| GEORGE CARLON, | ) |  |
|  | ) | **FILED** |
| Defendant and Appellant. | ) |  |
|  | ) | JUN 2 8 2021 |

Bowen Greenwood
Clerk of Supreme Court
State of Montana

At the request of Defendant / Appellant, and no objection being interposed by the State, this Court hereby extends the filing date of Defendant's / Appellant's *Initial Brief* to Monday, July 5, 2021.

So ordered this 28ᵗʰ day of June, 2021.

_____
Montana Supreme Court

cc: Attorney General
   Defendant / Appellant c/o Counsel